No. 185. MICHAEL HEITLER v. UNITED STATES;
No. 186. NATHANIEL PERLMAN v. UNITED STATES;
No. 187. MANDEL GREENBERG v. UNITED STATES;
No. 188. FRANK McCANN v. UNITED STATES; and
No. 189. GEORGE F. QUINN v. UNITED STATES. Error
to the District Court of the United States for the North-
ern District of Illinois. Motion to dismiss submitted
November 20, 1922. Decided November 27, 1922. *Per
Curiam.* Dismissed for want of jurisdiction upon the
authority of: (1) *Farrell* v. *O'Brien,* 199 U. S. 89, 100;
*Sugarman* v. *United States,* 249 U. S. 182, 184; *Pied-
mont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195;
(2) *Jeffrey Mfg. Co.* v. *Blagg,* 235 U. S. 571, 576; *Blair*
v. *United States,* 250 U. S. 273, 279; *Dahnke-Walker
Milling Co.* v. *Bondurant,* 257 U. S. 282, 289; (3) *Na-
tional Prohibition Cases,* 253 U. S. 350. *Mr. Weymouth
Kirkland* for plaintiffs in error. *Mr. Solicitor General
Beck, Mr. Assistant Attorney General Crim* and *Mr.
H. S. Ridgely* for the United States. [See *ante,* 438.]

No. —, Original. BENJAMIN GITLOW v. PEOPLE OF
THE STATE OF NEW YORK. Submitted November 20,
1922. Decided November 27, 1922. Petition for a writ
of error to the Supreme Court of the State of New York,
in this cause, submitted to the whole court, granted.
*Mr. Joseph R. Brodsky* for plaintiff in error. *Mr. Samuel
A. Berger* for defendant in error.